FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUGO H. B.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | NO:  1:25-CV-3042-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 7).  The parties have agreed that this case should be reversed and remanded for further administrative proceedings.

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 7) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

2. Upon remand, the Appeals Council will instruct a different Administrative

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Law Judge (ALJ) to re-evaluate the evidence of record, offer an opportunity for a hearing, and issue a new decision.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** June 5, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2